

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00155-CR

The **STATE** of Texas,
Appellant

v.

Josue Joel **MARTINEZ-MARADIAGA**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2022CRB000754L1
Honorable Leticia Martinez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting Josue Joel Martinez-Maradiaga habeas relief, RENDER judgment dismissing Martinez-Maradiaga's habeas application, and REINSTATE the information charging Martinez-Maradiaga with the misdemeanor offense of criminal trespass.

SIGNED November 27, 2024.

_____
Irene Rios, Justice